# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO FREEMAN and RECCO VAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:10-0697 |
| ) | Judge Trauger |
| SONYA TROUTT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 17, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 79), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims asserted by plaintiff Recco Van in this case are **DISMISSED WITH PREJUDICE** under Rule 41(b), FED. R. CIV. P., and plaintiff Recco Van is **DISMISSED** from this case. It is further **ORDERED** that the individual capacity claims against defendant Bob Barker are **DISMISSED WITH PREJUDICE**, pursuant to Rule 25(a)(1), FED. R. CIV. P.

It is so **ORDERED.**

Enter this 27th day of April 2011.

_____
ALETA A. TRAUGER
United States District Judge