**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| ANTONIO FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0697 |
| | ) | Judge Trauger |
| SONYA TROUTT, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

# O R D E R

On July 7, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No.
111), to which no timely objections have been filed. The Report and Recommendation is
therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For
the reasons expressed therein, the Motion to Dismiss The Complaint (Docket No. 92) and
Motion to Dismiss the Amended Complaint (Docket No. 103), both filed by defendant Sonny
Weatherford, are **GRANTED**. The official capacity claim against defendant Sonny Weatherford
is **DISMISSED**, and defendant Weatherford is **DISMISSED** as a defendant to this action.

It is so **ORDERED.**

Enter this 16th day of September 2011.

ALETA A. TRAUGER
United States District Judge