IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTONIO FREEMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:10-0697 |
| | ) | Judge Trauger |
| SONYA TROUTT, *et al.*, | ) | Magistrate Judge Griffin |
| Defendants. | ) | |

**O R D E R**

On September 14, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 128), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Sonya Troutt, Charles Bandy, Alexander Williams, Jeremy Williams, Joey Rush, Kimberly Cherry, Chris Tarlecky and Lance Hampton (Docket No. 107) is **DENIED**.

The *pro se* plaintiff has filed another of his many "Motions for Review" (Docket No. 149). Because this motion actually seeks no review of any actions by the Magistrate Judge or by this court, it is **DENIED**. The plaintiff states that he files motions for review as "the only knowledgeable way to file a responsive pleading of question to perhaps unjust treatment. . . ." (Docket No. 149 at 1) The plaintiff is advised that he should label responses to motions as "Response" and should only label something a "Motion For Review" when he is seeking a review of an action by the magistrate judge or by the district judge. His continual filing of

motions for review is confusing and a waste of judicial resources.

It is anticipated that, with the final disposition of this Motion to Dismiss (Docket No. 107), the Magistrate Judge will now be issuing a revised scheduling order in this case.  (*See* Docket No. 146)

It is so **ORDERED.**

Enter this 29th day of November 2011.

_____
ALETA A. TRAUGER
United States District Judge