**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **ANTONIO FREEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:10-cv-0697** |
| ) | **Judge Trauger** |
| **SONYA TROUTT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Magistrate Judge's

June 29, 2012 Report and Recommendation is **ACCEPTED**, as modified, and the plaintiff's

claims against defendants Cherry, Wilkerson, Tarlecky, Hampton, and Troutt are **DISMISSED**.

The plaintiff's excessive force claim against defendants Bandy and Rush and his failure to

protect claim against Bandy and defendant Williams remain for trial. This case is referred back

to the Magistrate Judge for further proceedings consistent with the referral Order.

It is so ordered.

Enter this 7th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge

1